```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15251
   TIMOTHY MARSIGLIO
   TINA MARSIGLIO                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2159      SSN XXX-XX-6057


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/13/08 .

    2.  The case was dismissed without confirmation, 01/30/2009.

    3.  The Debtor paid a total of $   1690.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BRACKMAN AUTO REPAIR | SECURED VEHIC | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | .00 | .00 | 1596.64 |
| REGIONAL ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST LAGRANGE MEM H | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE SOUTH SUBURBAN | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| BOULEVARD MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CRAINSMITH FAMILY MEDICI | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK ALERT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GRUNDY RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE CENTERS MORRI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HLG ANESTHESIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NELSON WATSON & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| REWARDS 660 | UNSECURED | NOT FILED | .00 | .00 |

```
RODALE BOOKS              UNSECURED       NOT FILED            .00         .00
SALUTE VISA GOLD          UNSECURED       NOT FILED            .00         .00
SPRINT                    UNSECURED       NOT FILED            .00         .00
ANESTHESIA CONSULTANTS    UNSECURED       NOT FILED            .00         .00
ST MARGARET MERCY HOSPIT  UNSECURED       NOT FILED            .00         .00
ST MARGARET MERCY HEALTH  UNSECURED       NOT FILED            .00         .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED            .00         .00
TRIBUTE GOLD MASTERCARD   UNSECURED       NOT FILED            .00         .00
       Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00         .00
PRINCIPAL PAID       1596.64          .00          .00         .00     1596.64
INTEREST PAID            .00          .00          .00         .00         .00
TOTAL PAID           1596.64          .00          .00         .00     1596.64
```

The Debtor's attorney, GROCHOCINSKI & GROCHOCINSKI   , was allowed $   2500.00 and was paid $    826.00   direct and $       .00   through the plan.

The Trustee received $     93.36 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 15251 TIMOTHY MARSIGLIO & TINA MARSIGLIO